IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| *Smart Marketing, Inc.* | : | |
| *a Georgia Corporation* | : | |
| vs. | : | CIVIL ACTION |
| | : | NO. 1:07-cv-00194-JOF |
| | : | |
| *Aspen Licensing International, Inc.* | : | |
| *a Florida Corporation* | : | |

**O R D E R**

The above-styled case has been pending in this court for more than SIX (6) MONTHS without any substantial proceedings of record having been taken during such time; therefore,

IT IS ORDERED that this case be and the same hereby is **DISMISSED** without prejudice pursuant to Local Rule 41.3 of this Court.

IT IS SO ORDERED this the 25th day of October, 2007.

<u>J. Owen Forrester</u>
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE